UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLARD GATISS PUTMAN,

    Petitioner,

v.

SHANE JACKSON,

    Respondent.
_____/

Case No. 1:16-cv-1026

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Respondent and against Petitioner.


Dated: January 8, 2019                                  /s/ Paul L. Maloney
                                                                                 Paul L. Maloney
                                                                                 United States District Judge